April 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

LUCIANO ROSALES, Appellant

NO. 14-12-00080-CR                V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 20, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.